**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALEXANDER CONTEE HALL, | ) | NO. CV 12-9416-MMM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| K. ALLISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 23, 2013.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE